**Law Offices of**
**Susan G. Kellman**
*Attorney at Law*

25 8th Avenue
Brooklyn, New York 11217

Telephone: (718) 783-8200
Telecopier: (718) 783-8226
e-mail: kellmanesq@aol.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 25 2006 ★
BROOKLYN OFFICE

May 16, 2006

Extension to July 1, 2006
APPLICATION GRANTED.
SO ORDERED.

s/David G. Trager
David G. Trager
United States District Judge

**Via ECF and Regular Mail**
Hon. David G. Trager
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kenwayne Jones*
04 Cr. 706 (DGT)

Dear Judge Trager:

Counsel was appointed to represent the defendant Kenwayne Jones in the matter of *United States v. Damian Hardy, et al.*, pursuant to the Criminal Justice Act.

Counsel respectfully requests an extension of the time for Mr. Jones to file motions in this matter. Motions were due to be filed on May 1, 2006, and the trial is scheduled to commence on September 18, 2006; however, counsel has been involved in a number of trials and a review of the voluminous discovery has been difficult. Additionally, yesterday, counsel completed jury selection for a trial which is to begin on May 22, 2006, before Chief Judge Korman and is expected to last approximately two weeks.

I have discussed this matter with Asst. United States Attorney Sean Haran, who has no objection to counsel's request.

Respectfully submitted,

Susan G. Kellman

cc: Sean Haran, Esq.
    Asst. United States Atty.

    Kenwayne Jones